HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERLIE FINCHAM,

    Defendant.

Case No. CR08-5128RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon counsel for the Defendant's Motion to Appear Pro Hac Vice, Motion to Waive Local Counsel, and Motion to Direct the Clerk to Register Counsel With CM/ECF. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

**ORDERED** that counsel's motion to waive the requirement of associating with local counsel contained in CR 2(d), Local Rules W.D. Wash. is **GRANTED**. The Clerk shall process Mr. Choate's pro hac vice application and shall register Mr. Choate as a CM/ECF participant.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 3rd day of March, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1